# EXHIBIT 1

# WRITTEN RESOLUTION OF THE SOLE DIRECTOR OF

# SPARTICLE LIMITED

## Reg. No. HE 171375

## (the "Company")

**THE DIRECTOR:**

**EVA CORPORATE SOLUTIONS LIMITED** of 16, Ekaterinis Kornaro, Victory Athalassas Building, 2nd Floor, Flat/Office 201, Strovolos, 2015, Nicosia, Cyprus

We, being the Sole Director of the above Company entitled to receive notice of and to attend and vote at Company's Board Meetings, hereby pass the following unanimous resolutions pursuant to the Company's Articles of Association.

1. **Transfer of Shares**

   **IT WAS RESOLVED THAT** the transfer of 1000 shares forming the entire issued share capital of the Company from Eleni Antoniou of Nicosia, Cyprus to Pavel Ezubov of Nicosia, Cyprus, is hereby ratified and approved.

2. **IT WAS RESOLVED THAT** the Share Certificate No. 1 dated 27/01/2006 is hereby cancelled and a new Share Certificate No. 2 is hereby issued.

**IN WITNESS WHEREOF** the undersigned, being the Director of the Company has executed this Resolution as of the date started below.

**Date: 25/01/2018**

EVA CORPORATE SOLUTIONS LIMITED
Director