**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRACETOWN, INC., | Case No. 26-cv-257-ER |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL; | |
| SCOTT K. BESSENT, Secretary, United States Department of the Treasury, in his official capacity; | |
| BRADLEY T. SMITH, Director, Office of Foreign Assets Control at U.S. Department of the Treasury, in his official capacity; | |
| UNITED STATES DEPARTMENT OF JUSTICE; and | |
| PAMELA J. BONDI, Attorney General, United States Department of Justice, in her official capacity, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Kathleen H. Shannon of Boies Schiller Flexner LLP, hereby enters an appearance as counsel of record for Gracetown, Inc. in the above captioned action.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated: April 16, 2026

BOIES SCHILLER FLEXNER LLP

By: */s/ Kathleen H. Shannon*
Kathleen H. Shannon
1401 New York Ave NW
Washington, DC 20005
(202) 274-1157
kshannon@bsfllp.com

*Counsel for Gracetown, Inc.*