**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRACETOWN, INC., 174 W. 4th Street, Suite 161 New York, NY 10014<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br>1500 Pennsylvania Avenue, NW, Washington DC 20220<br><br>SCOTT K. BESSENT, Secretary, United States Department of the Treasury, in his official capacity;<br><br>BRADLEY T. SMITH, Director, Office of Foreign Assets Control at U.S. Department of the Treasury, in his official capacity;<br><br>UNITED STATES DEPARTMENT OF JUSTICE; and<br>950 Pennsylvania Avenue, NW, Washington, DC 20530<br><br>PAMELA J. BONDI, Attorney General, United States Department of Justice, in her official capacity,<br><br>          Defendants. | Civil Action No. 1:26-cv-00257-ER<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL** |

The undersigned hereby stipulate and consent to the substitution of the law firm Boies Schiller Flexner LLP, by and through its attorneys, Daniel Boyle, Kathleen Shannon, and Marshall Dore Louis as attorneys of record for Plaintiff Gracetown, Inc. in the above-captioned matter in place of and instead of Steptoe LLP and attorneys Drew C. Harris, Patrick F. Linehan, Wendy Wysong, McKenzie Haynes, and Maia Danna. Plaintiff Gracetown has elected to be

represented by new counsel. Boies Schiller Flexner LLP does not intend to seek modification of

any existing deadlines or dates for court appearances in the case.


Dated: April 24, 2026

By:     STEPTOE LLP


 /s/ Drew C. Harris
Drew C. Harris
1114 6th Avenue
New York, NY 10036
Tel: (212) 506-3900
E-mail: dcharris@steptoe.com

Patrick F. Linehan (*admitted pro hac vice*)
Wendy Wysong (*admitted pro hac vice*)
McKenzie Haynes (*admitted pro hac vice*)
Maia Danna (*admitted pro hac vice*)
1330 Connecticut Ave NW
Washington, D.C. 20036
Tel: (202) 429-3000
Email: plinehan@steptoe.com
        wwysong@steptoe.com
        mhaynes@steptoe.com
        mdanna@steptoe.com

By:    BOIES SCHILLER FLEXNER LLP

/s/ Daniel Boyle
Daniel Boyle
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel: (213) 995-5732
Email: dboyle@bsfllp.com

Kathleen Shannon
1401 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 274-1157
Email: kshannon@bsfllp.com

Marshall Dore Louis
100 SE 2nd Street Suite 2800
Miami, FL 33131

Tel: (305) 357-8400
Email: mlouis@bsfllp.com

/s/ Pavel Ezubov
On behalf of *Gracetown, Inc.*


**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____          _____

                                            Hon. Edgardo Ramos
                                            United States District Judge
                                            Southern District of New York