

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 5, 2026

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

# MEMO ENDORSED
at page 2

Re:     *Gracetown, Inc. v. United States Dep't of Treasury, Office of Foreign Assets Control al.*, No. 26 Civ. 257 (ER)

Dear Judge Ramos:

This Office represents the defendants (the "Government") in the above-referenced case, in which plaintiff Gracetown, Inc. ("Plaintiff"), challenges the imposition of a penalty by the Office of Foreign Assets Control ("OFAC") under the Administrative Procedure Act, 5 U.S.C. § 702 *et seq.* ("APA"). The Court previously set a schedule to brief the Government's partial motion to dismiss and the parties' cross-motions for summary judgment. ECF No. 38. In that schedule, the Court set a deadline of June 6, 2026, for the Government to "file the administrative record." *Id.*

Because some of the documents in the administrative record contain confidential and sensitive information, the parties respectfully propose to change how the administrative record will be filed in this case: the Government will provide the full administrative record (with certain withholdings and redactions)[1] to Plaintiff;[2] the parties will file their briefs on the schedule the Court set, citing the administrative record; and two weeks after the briefing is complete, the Government will file on the docket a certification by OFAC of the complete administrative record as well as an appendix containing the portions of the record that the parties agree are necessary to resolve their respective motions. The Government can also provide a copy of the complete administrative record to the Court upon request. This approach is similar to the one prescribed by the U.S. District Court for the District of Columbia, in which many APA record-review cases are litigated. *See* D.D.C. Local Rule 7(n)(1)-(2). The parties respectfully ask the Court to endorse this proposed approach.

We thank the Court for its consideration of this request.

---

[1] The parties will meet and confer on any questions about the withholdings and redactions and attempt to resolve them voluntarily (and bring them to the Court if they cannot).

[2] By agreement with Plaintiff, the Government will provide them the administrative record by June 12, without affecting the remaining briefing schedule.

Page 2

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _/s/ Jean-David Barnea_
JEAN-DAVID BARNEA
Assistant United States Attorney
Tel.: (212) 637-2679
E-mail: Jean-David.Barnea@usdoj.gov

cc: Plaintiff (via ECF)

The request is granted.

Edgardo Ramos, U.S.D.J.
Dated: June 8, 2026
New York, New York