JAY CLAYTON
United States Attorney for the
Southern District of New York
BY: JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. (212) 637-2679
Jean-David.Barnea@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GRACETOWN, INC.,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL *et al.*,

Defendants.

No. 26 Civ. 0257 (ER)

**NOTICE OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the U.S. Department of the Treasury, Office of Foreign Assets Control; Scott K. Bessent, Secretary, U.S. Department of the Treasury, in his official capacity; Bradley T. Smith, Director of OFAC, in his official capacity; the U.S. Department of Justice; and Todd Blanche, the Acting Attorney General,[1] in his official capacity, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56 on the first count of the Complaint, ECF No. 1, filed by plaintiff Gracetown, Inc., and to dismiss the remaining counts pursuant to Federal Rule of Civil Procedure 12(b)(6).

[1] Mr. Blanche is automatically substituted for his predecessor pursuant to Federal Rule of Civil Procedure 25(d).

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's order of May 14, 2026 (ECF No. 38), plaintiff's opposition shall be filed no later than September 18, 2026.

Dated: New York, New York
July 24, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/Jean-David Barnea

JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. (212) 637-2679
Jean-David.Barnea@usdoj.gov