**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRACETOWN, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL *et al*.,<br><br>*Defendants*. | Case No. 26-cv-257-ER |

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the administrative record, Plaintiff Gracetown, Inc., by and through its undersigned counsel, hereby moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56 and 5 U.S.C. § 706(2)(A) on Count I of the Complaint (ECF No. 1). Gracetown seeks vacatur of the Office of Foreign Assets Control's December 4, 2025 Penalty Notice and remand for further proceedings consistent with the Court's ruling.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order of May 14, 2026 (ECF No. 38), Defendants' reply and opposition shall be filed no later than October 16, 2026.

Dated: September 18, 2026

BOIES SCHILLER FLEXNER LLP

By: */s/ Dan G. Boyle*

Dan G. Boyle
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
(213) 995-5732
dboyle@bsfllp.com

Kathleen H. Shannon
1401 New York Ave NW
Washington, DC 20005
(202) 274-1157
kshannon@bsfllp.com

*Counsel for Gracetown, Inc.*